UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
NANCY LOCKWOOD,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.
*******************************

Civil Action No. 09-cv-1257
(DEP, MJ)
**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Sandra M. Grossfeld, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this _____ day of _____, 2010;

ORDERED that the final decision of the Commissioner be REVERSED and REMANDED to the Defendant for further administrative proceedings pursuant to 42 U.S.C. § 405(g), sentence four.

DATE

    SO ORDERED:

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: July 26, 2010

The undersigned hereby consent to the form and entry of the within order.

         RICHARD S. HARTUNIAN
         United States Attorney


By: s/ Sandra M. Grossfeld
   Sandra M. Grossfeld
   Special Assistant U.S. Attorney
   Bar No. 514022
   c/o Social Security Administration
   Office of the General Counsel
   26 Federal Plaza, Rm. 3904
   New York, NY 10278

   LACHMAN, GORTON LAW FIRM


By: s/Peter A. Gorton, Esq.
   Peter A. Gorton, Esq.
   Attorney for Defendant
   Bar Roll No. 104832
   1500 East Main Street
   Endicott, NY 13761-0089

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, I caused to be filed electronically the foregoing Stipulation for Reversal and Remand with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Peter A. Gorton, Esq.

lgattorneys@stny.rr.com