# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**NANCY LOCKWOOD**

vs.     **CASE NUMBER: 3:09-CV-1257 (NAM/DEP)**

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon Stipulation of the parties, the final decision of the Commissioner is REVERSED and REMANDED to the defendant for further administrative proceedings pursuant to sentence four of 42 USC section 405(g).

All of the above pursuant to the order of the Honorable Magistrate Judge David E. Peebles, dated the 26th day of July, 2010.

DATED: July 26, 2010

*Laurence K. Baerman*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk