U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 25 2010
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NANCY LOCKWOOD,

      Plaintiff,

   –vs–

MICHAEL J. ASTRUE, Commissioner
Social Security Administration,

      Defendant.

CONSENT ORDER FOR PAYMENT
OF FEES PURSUANT TO THE
EQUAL ACCESS TO JUSTICE ACT

09-cv-1257 (NAM)

---

  This matter having been opened to the Court by Peter A. Gorton, Esq., LACHMAN, GORTON LAW FIRM, attorney for Plaintiff, for an Order awarding attorney's fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and Sandra M. Grossfeld, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding an amount of five Thousand nine Hundred and forty-six Dollars and eighty-five Cents ($5,946.85), the Court having reviewed the record in this matter:

IT IS on this ____ day of August 2010;

  ORDERED that Plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of five Thousand nine Hundred and forty-six Dollars and eighty-five Cents ($5,946.85), and that payment of said fee award may be made directly to Plaintiff's attorney, LACHMAN GORTON LAW FIRM if Plaintiff has executed a valid assignment and Plaintiff owes no debt to the federal government that is subject to offset.

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

Dated: August 25, 2010

          Hon. Norman A. Mordue
          United States District Judge

The undersigned hereby consent to the form and entry of the within ORDER.

          RICHARD S. HARTUNIAN
          United States Attorney

By:    */s/ Sandra M. Grossfeld*
        Sandra M. Grossfeld
        Special Assistant U. S. Attorney
        Attorney for Defendant
        Bar roll No. 514022

        LACHMAN GORTON LAW FIRM

By:    */s/ Peter A. Gorton, Esq.*
        PETER A. GORTON, Esq.
        Attorney for Plaintiff
        Bar Roll No. 104832